**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 98-cr-00243-JLK-06

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JEFFERY W. TRAVIS,

       Defendant.

---

## ORDER CONTINUING SUPERVISED RELEASE

---

       This matter is before the Court upon report by the probation officer that Defendant has violated supervised release. The Court, having heard statements by the Defendant and probation officer, finds that continued supervision is appropriate. It is therefore

       ORDERED that Defendant's term of supervised release is continued under the original order of this Court. It is

       FURTHER ORDERED that the Defendant shall stay at the halfway house an additional 60 days.

       DATED at Denver, Colorado, this 8th day of May, 2012.

                                          BY THE COURT:


                                          *s/John L. Kane*
                                          JOHN L. KANE, Senior Judge
                                          United States District Court